KYLE J. KAISER (13924)
Assistant Utah Attorney General
SEAN D. REYES (7969)
Utah Attorney General
160 East 300 South, Sixth Floor
P.O. Box 140856
Salt Lake City, Utah 84114-0856
Telephone: (801) 366-0100
Facsimile: (801) 366-0101
Email: kkaiser@agutah.gov

*Attorneys for Defendants*

---

## IN THE UNITED STATES DISTRICT COURT
## IN AND FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| ESTHER ISRAEL,<br><br>                    Plaintiff,<br><br>v.<br><br>UNIVERSITY OF UTAH, DONALD STEVEN STRASSBERG, JORDAN ELIZABETH RULLO, JULIA MACKARONIS, KELLY KINNISH and MICHAEL MINER.<br><br>                    Defendants. | **REPLY MEMORANDUM IN SUPPORT OF MOTION FOR EXTENSION OF TIME TO FILE DISPOSITIVE MOTION**<br><br>Case No. 2:15-cv-00741<br><br>Judge Ted Stewart<br>Magistrate Judge Paul M. Warner |

Defendants Donald Steven Strassberg, Jordan Elizabeth Rullo, Julia

Mackaronis, Kelly Kinnish and Michael Miner, by and through counsel, Kyle J.

Kaiser, Assistant Utah Attorney General, provide the following Reply

Memorandum in support of their request for a one-week extension of time to file

their Motion for Summary Judgment.

Federal Rule of Civil Procedure 6(b)(1)(A) allows a court to extend the time

for an act if the request is made before the original time expires and on good cause

shown. A party must demonstrate "some justification for the issuance of the

extension.  However, an application for extension of time under Rule 6(b)(1)(A)

normally will be granted in the absence of bad faith on the part of the party seeking

relief or prejudice to the adverse party."  4B Wright, Miller, Kane, Marcus,

Spencer, and Steinman, Fed. Prac. & Proc. Civ. § 1165 (4th ed.).  Defendants

requested the extension before the deadline and provided two justifications for it.

And Ms. Israel will not be prejudiced by the issuance of the extension.

Ms. Israel's arguments in opposition are unavailing.  She alleges that she

was only provided 9 hours to respond to the extension request.  Yet, "notice to the

adverse party is [not] expressly required by the rule."  Id.  And Counsel for

Defendants believed it prudent to file the motion as soon as Counsel realized it was

needed, rather than wait for a potential response (particularly because of the

intervening weekend.) Counsel waited as long as practicable for a response from

2

Ms. Israel before filing the motion, and the relatively short response period should not foreclose the extension.

Second, Ms. Israel alleges that Counsel for Defendants "has provided no procedural accommodations for Plaintiff…." That is simply untrue. Ms. Israel requested an extension of time for discovery, and Defendants did not oppose it. (Doc. 52.) Defendants are willing to extend the time for Ms. Israel to respond to the Motion for Summary Judgment. (Ex. A. to Doc. 65.) Defendants did not agree to allow Ms. Israel to amend her complaint because the proposed amended complaint contained legally insufficient, and procedurally barred, claims. This Court agreed. (*See* Doc. 62.) Ms. Israel was asking for a substantive accommodation, the granting of which would have been highly prejudicial for Defendants, not simply correcting a "failure[] to include all claims in the original complaint." (Doc. 65 at 2.) This argument is unavailing.

Accordingly, and for the reasons stated, Defendants respectfully request that the Court grant their motion and provide an extension, up to and including April 10, 2018 for Defendants to file their dispositive motion.

DATED:  April 3, 2018.

OFFICE OF THE UTAH ATTORNEY GENERAL

/s/ Kyle J. Kaiser
KYLE J. KAISER
Assistant Utah Attorney General
*Attorney for Defendants*

## CERTIFICATE OF MAILING

I certify that on April 3, 2018, I electronically filed the foregoing **REPLY MEMORANDUM IN SUPPORT OF MOTION FOR EXTENSION OF TIME TO FILE DISPOSITIVE MOTION**, and Proposed Order thereto, using the Court's CM/ECF system. I also certify that a true and correct copy of the foregoing was electronically mailed to the following:

Esther Israel
estherisrael@yahoo.com
*Pro Se*

/s/Shykell Ledford