ESTHER ISRAEL
Pro se plaintiff
757 South 900 East, #B
Salt Lake City, UT 84102
Telephone: (801)671-5474
Email: estherisrael@yahoo.com

FILED
U.S. DISTRICT COURT

2018 JUN -1  A 10: 25

DISTRICT OF UTAH

BY:_____
DEPUTY CLERK

IN THE UNITED STATES DSITRICT COURT
IN AND FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| ESTHER ISRAEL,<br><br>                       Plaintiff,<br><br>v.<br><br>UNIVERSITY OF UTAH, DONALD STEVEN STRASSBERG, JORDAN ELIZABETH RULLO, JULIA MACKARONIS, KELLY KINNISH and MICHAEL MINER.<br><br>                       Defendants. | MOTION TO FILE SUR-REPLY<br>AND EXTENSION OF TIME<br>TO FILE SUR-REPLY<br><br>Case No. 2:15-cv-00741<br><br>Judge Ted Stewart<br>Magistrate Judge Paul M. Warner |

Pro se plaintiff Esther Israel, pursuant to Federal Rule of Civil Procedure 6(b)(1)(A) and DUCiv-7-1(a), moves the Court to file a Sur-Reply to Defendants' Reply Memorandum in Support of Their Motion for Summary Judgment, up to and including **June 14, 2018**.

The deadline is currently June 12, 2018, which is 14 days from when Defendants filed their Reply Memorandum in Support of their Motion for Summary Judgment, provided to Plaintiff on May 29, 2018.  DUCivR 7-1(b)(3)(B); Fed. R.. Civ. P. 6(d). Plaintiff requests a 2-day extension, up to and including **June 14, 2018**, to file her sur-reply.

Good cause exists for the motion. Plaintiff would like to reply to Defendants' Reply Memorandum in Support of the Motion for Summary Judgment. As pro se litigant, it takes me longer to complete legal documents and I need more time to complete my response brief. Plaintiff respectfully requests that the Court grant her motion to file a sur-reply and for the extension of time up to and including June 14, 2018. A proposed order will be filed concurrently.

DATED: June 1, 2018.

/s/ Esther Israel
ESTHER ISRAEL
*Pro Se Plaintiff*

## CERTIFICATE OF SERVICE

I certify that on June 1, 2018, I electronically emailed the foregoing **Motion to File Sur-Reply and Extension of Time to File Sur-Reply** to the following: Kyle J. Kaiser, Assistant Utah Attorney General, Attorney for Defendants kkaiser@agutah.gov

/s/ Esther Israel

ESTHER ISRAEL Pro Se Plaintiff