# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| **ESTHER ISRAEL,**<br><br>       **Plaintiff,**<br><br>v.<br><br>**UNIVERSITY OF UTAH, DONALD STEVEN STRASSBERG, JORDAN ELIZABETH RULLO, JULIA MACKARONIS, KELLY KINNISH and MICHAEL MINER.**<br><br>       **Defendants.** | **ORDER ON JOINT MOTION TO STAY SCHEDULING ORDER PENDING DECISION ON MOTION FOR SUMMARY JUDGMENT AND RESET PRETRIAL CONFERENCE AND TRIAL DATES**<br><br>Case No. 2:15-cv-00741-TS-PMW<br><br>District Judge Ted Stewart<br><br>Chief Magistrate Judge Paul M. Warner |

  Now before the Court is the parties' Joint Motion to Stay Scheduling Order Pending Decision on Motion for Summary Judgment and Reset Pretrial Conference and Trial Dates.[1] In the Motion, the parties jointly request that the Court stay all remaining deadlines in the Court's Amended Scheduling Order[2] and reset the pretrial conference and trial dates currently set for September 4, 2018 and September 17, respectively, to allow the Court to rule on the pending Motion for Summary Judgment and to allow the parties to prepare for trial on any remaining issues.

  For good cause shown, it is hereby

  **ORDERED** that the Joint Motion to Stay Scheduling Order Pending Decision on Motion for Summary Judgment and Reset Pretrial Conference and Trial Dates is **GRANTED.** The

---

[1] *See* docket no. 83.
[2] *See* docket no. 54.

parties' pretrial disclosure requirements are **STAYED** until 30 days after the Court issues its Order on Motion for Summary Judgment.  It is further

   **ORDERED** that the pretrial conference and trial dates are **VACATED**.  The Court will reset the dates, should any issues remain for trial after the Court rules on the pending motion for summary judgment.

   **IT IS SO ORDERED.**

   DATED this 2nd day of August, 2018.

BY THE COURT:

_____
PAUL M. WARNER
Chief Untied States Magistrate Judge